# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALACHI PRINCE ANTONIO ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>FUENTES,<br><br>Defendants. | Case No. 1:15-cv-01422 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COMPLAINT<br><br>ORDER VACATING ORDER GRANTING IN FORMA PAUPERIS STATUS AND DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 21, 2015. On September 29, 2015, the Court granted Plaintiff's application to proceed in forma pauperis and directed the California Department of Corrections to send the Clerk of Court payments from Plaintiff's account toward the filing fee in this action.

On October 7, 2015, Plaintiff filed a motion to dismiss the complaint and vacate the order granting his application to proceed in forma pauperis. Plaintiff states he misunderstood what he had applied for and what he expected to be granted in filing an application to proceed in forma pauperis. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), at this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). Filing a notice of dismissal with the court automatically terminates the action, and the Court no longer has jurisdiction over the claims. Id.;

1

Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995).

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on October 7, 2015;

2) The order directing the Director of the California Department of Corrections or his designee to collect payments from Plaintiff's prison trust account toward the filing fee in this action is VACATED;

3) The Clerk of the Court is DIRECTED to serve a copy of this order on the Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF); and

4) The Clerk of Court is DIRECTED to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated: **October 27, 2015**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE